

# NUMBER 13-17-00031-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**R&D MOTORS,**                                                                        **Appellant,**

**v.**

**GERMANIA PURCHASING GROUP,**                                          **Appellee**.

## On appeal from the 345th District Court of Travis County, Texas.

## MEMORANDUM OPINION

**Before Justices Rodriguez, Contreras,[1] and Longoria
Memorandum Opinion Per Curiam**

Appellant, R&D Motors, perfected an appeal from a judgment entered by the 345th

District Court of Travis County, Texas, in cause number D-1-GN-16-00334.[2]   Appellant

---

[1] Justice Dori Contreras, formerly Dori Contreras Garza.   *See* TEX. FAM. CODE ANN. § 45.101 et seq. (West, Westlaw through 2015 R.S.).

[2] This case is before the Court on transfer from the Third Court of Appeals in Austin pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2015 R.S.).

has filed an unopposed motion to dismiss the appeal on the grounds that the parties have reached a settlement and appellant no longer wishes to pursue the appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d).

The appellant requests the mandate be issued as soon as is practicable. *See* TEX. R. APP. P. 18.1(c). The motion is GRANTED. We direct the Clerk of the Court to issue the mandate immediately.

PER CURIAM

Delivered and filed the
2nd day of February, 2017.